UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21955-GAYLES

**MARIE L. JEAN PIERRE,**

    Plaintiff,

        v.

**PARK HOTELS & RESORT, INC.,** a
foreign corporation f/k/a **HILTON
WORLDWIDE, INC.,**

    Defendant.                                  /

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's verdict of January 14, 2019, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff MARIE L. JEAN PIERRE, and against Defendant PARK HOTELS & RESORT, INC., on Counts IV and VII of Plaintiff's Complaint for Plaintiff's claims of retaliatory termination based on her religious beliefs, as follows:

1. Final Judgment is entered in the total amount of Eight Hundred and Thirty Six Thousand Dollars ($836,000.00), comprised of:

    $36,000.00 for lost wages from the termination;

    $500,000.00 for emotional pain and mental anguish from the termination; and

    $300,000.00 for punitive damages.

2. Interest shall accrue on this judgment at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied, for which sum let execution issue.

3. The Court retains jurisdiction for the purposes of awarding attorney's fees and

costs, and any prejudgment interest on Plaintiff's economic damages. The Court also retains jurisdiction over any remaining post-judgment motions filed by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE